Clerk's Use Only

Initial for fee pd.: ________

Albert L. Underhill
Snell & Wilmer LLP
400 E. Van Buren Street
Phoenix, AZ 85004-2202
602-382-6000

FILED
08 APR 17 PM 3:34
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ADVENTURE MEXICAN INSURANCE SERVICES, INC.,

Plaintiff(s),

v.

INTERNATIONAL INSURANCE GROUP, INC. DBA MEXICO & RV INSURANCE SERVICES,

Defendant(s). /

**CASE NO.** C08 00840EMC

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Albert L. Underhill, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing International Insurance Group, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;
2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Sean Sherlock, Snell & Wilmer LLP, 600 Anton Blvd., Suite 1400, Costa Mesa, CA 92626 (714) 427-7000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2008

Albert L. Underhill [signature]