Sean M. Sherlock (161627)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Tel. 714.427.7000
Fax 714.427.7799
ssherlock@swlaw.com

*Attorneys for Defendant
International Insurance Group, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVENTURE MEXICAN INSURANCE SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL INSURANCE GROUP, INC., an Arizona Corporation, DBA MEXICO & RV INSURANCE SERVICES,<br><br>Defendant. | CASE NO. 3:08-cv-00840-EMC<br><br>**DEFENDANT INTERNATIONAL INSURANCE GROUP, INC.'S ANSWER AND COUNTERCLAIM**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant, International Insurance Group, Inc. (hereafter referred to as "IIG," "Defendant," and/or "Counter-Plaintiff"), through its attorneys, hereby answers the Complaint dated February 8, 2008 and counterclaims against plaintiff, Adventure Mexican Insurance Services, Inc. (hereafter referred to as "AMIS," "Plaintiff," and/or "Counter-Defendant").

# ANSWER

1. IIG is without sufficient knowledge or information to form a belief as to the allegations of paragraph 1, leaving Plaintiff to its proofs and, therefore, denies said allegations.

2. Admitted.

3. Admitted.

4. IIG admits that it does business as Mexico Insurance Professionals whose principal place of business is the same as IIG's principal place of business.

5. Admitted.

6. Admitted.

7. IIG admits that, in a petition to make special filed pursuant to 37 C.F.R. § 1.102 with the United States Patent and Trademark Office on November 3, 2003, it alleged that a website maintained and operated by AMIS infringed the originally filed patent claims and that at least some of AMIS's infringing acts occurred in and from this District. IIG denies all remaining allegations of paragraph 7.

8. IIG admits that it is the owner of U.S. Patent No. 7,240,017 ("the '017 patent") and that Exhibit A to the Complaint is a true and correct copy of the patent.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. IIG's responses to paragraphs (1) through (13) above are incorporated by reference herein.

15. Admitted.

16. Denied.

17. Denied.

18. IIG's responses to paragraphs (1) through (13) above are incorporated by

reference herein.

19. IIG admits that AMIS has asserted patent invalidity and that there is an actual controversy, however, IIG denies AMIS's allegations of invalidity.

20. Denied.

21. Denied.

## COUNTERCLAIM FOR PATENT INFRINGEMENT

1. Defendant, Counter-Plaintiff, International Insurance Group, Inc. ("IIG") pleads the following counterclaim against Plaintiff, Counter-Defendant, Adventure Mexican Insurance Services, Inc. ("AMIS") which arise under 35 U.S.C. §§ 101 *et seq.*

## JURISDICTION

2. This Court has subject matter jurisdiction over IIG's counterclaim under 28 U.S.C. 1338(a), because this is an action for patent infringement arising under the patent laws of the United States, Title 35 United States Code.

3. This Court has personal jurisdiction over AMIS and venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c).

4. The '017 patent, entitled "System and Method of Dispensing Insurance Through a Computer Network," was filed on January 18, 2002 and was duly and legally issued on July 3, 2007 in the name of Guy J. Labelle et al.

5. The '017 patent was assigned to IIG and IIG is the current owner of all rights, title and interests in the patent.

6. AMIS has infringed and continues to infringe the '017 patent in violation of 35 U.S.C. §271(a) by operating a system and practicing a method for selling insurance that is within the scope of at least Claim 1 of the '017 patent.

7. On information and belief, AMIS deliberately copied IIG's ideas and designs, knew of the '017 patent and IIG's system that incorporates the patented invention, and has willfully made and used, and continues to willfully make and use, the invention of the '017 patent.

8. IIG's business has been, and continues to be, harmed by AMIS's unlawful

actions. IIG will continue to be harmed unless AMIS's actions are enjoined.

9. Because of AMIS's willful infringement, this is an exceptional case under 35 U.S.C. § 285 entitling IIG to an award of its attorneys' fees, and IIG is entitled to increased damages under 35 U.S.C. § 284.

## PRAYER FOR RELIEF

WHEREFORE, IIG prays for:

A. A judgment that AMIS has infringed U.S. Patent No. 7,240,017;

B. A permanent injunction enjoining and restraining AMIS, its officers, directors, agents, servants, employees, attorneys, and all others acting under or through them from directly infringing or inducing or contributing infringement, including indemnifying or defending other infringements of U.S. Patent No. 7,240,017;

C. A judgment and order requiring AMIS to pay damages to IIG under 35 U.S.C. § 284, with interests and costs;

D. An award of increased damages for AMIS's willful infringement;

E. An award to IIG of its costs and attorneys' fees incurred in connection with this action, as permitted in exceptional cases by 35 U.S.C. § 285; and

F. Judgment dismissing AMIS's Complaint in its entirety, with prejudice.

G. Such other and further relief as this Court may deem just and equitable.

Respectfully submitted this 18 day of April, 2008.

SNELL & WILMER L.L.P.

By: _____
Sean M. Sherlock (#161627)
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Attorneys for International Insurance Group, Inc.

## DEMAND FOR JURY TRIAL

IIG hereby demands trial by jury.

Dated: April 18, 2008

SNELL & WILMER L.L.P.

By: /s/ Sean M. Sherlock
Sean M. Sherlock (#161627)
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Attorneys for International Insurance Group, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, I electronically filed the foregoing DEFENDANT INTERNATIONAL INSURANCE GROUP, INC.'S ANSWER AND COUNTERCLAIM; DEMAND FOR JURY TRIAL to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Robert E. Krebs
rkrebs@thelenreid.com
John P. Schaub
jschaub@thelen.com
Keith L. Slenkovich
kslenkovich@thelen.com
Thelen Reid Brown Raysman & Steiner LLP
225 West Santa Clara Street
Suite 1200
San Jose, CA 95113-1723

Attorneys for Defendants/Counterclaimants

and

**COPY** of the foregoing mailed this
_21st day of April, 2008, to the following:

Ronald F. Lopez
Thelen Reid Brown Raysman & Steiner LLP
101 South Second Street
Suite 1800
San Francisco, CA 94105-3606

Attorneys for Defendants/Counterclaimants

s/