1  Sean M. Sherlock (161627)
   SNELL & WILMER L.L.P.
2  600 Anton Boulevard, Suite 1400
   Costa Mesa, California 92626-7689
3  Tel. 714.427.7000
   Fax 714.427.7799
4  ssherlock@swlaw.com

5  *Attorneys for Defendant*
   *International Insurance Group, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ADVENTURE MEXICAN INSURANCE SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL INSURANCE GROUP, INC., an Arizona Corporation, DBA MEXICO & RV INSURANCE SERVICES,<br><br>Defendant. | CASE NO. 3:08-cv-00840-EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|---|---|

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 18, 2008

SNELL & WILMER L.L.P.

By: /s/ Sean M. Sherlock
Sean M. Sherlock (#161627)
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Attorneys for International Insurance Group, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, I electronically filed the foregoing DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Robert E. Krebs
rkrebs@thelenreid.com
John P. Schaub
jschaub@thelen.com
Keith L. Slenkovich
kslenkovich@thelen.com
Thelen Reid Brown Raysman & Steiner LLP
225 West Santa Clara Street
Suite 1200
San Jose, CA  95113-1723

Attorneys for Defendants/Counterclaimants

and

**COPY** of the foregoing mailed this
21st day of April, 2008, to the following:

Ronald F. Lopez
Thelen Reid Brown Raysman & Steiner LLP
101 South Second Street
Suite 1800
San Francisco, CA  94105-3606

Attorneys for Defendants/Counterclaimants

s/ 

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

3:08-cv-00840-EMC
PROOF OF SERVICE