1  Sean M. Sherlock (161627)
   SNELL & WILMER L.L.P.
2  600 Anton Boulevard, Suite 1400
   Costa Mesa, California 92626-7689
3  Tel. 714.427.7000
   Fax 714.427.7799
4  ssherlock@swlaw.com

5  *Attorneys for Defendant*
   *International Insurance Group, Inc.*
6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 | ADVENTURE MEXICAN                | CASE NO. 3:08-cv-00840-EMC |
   | INSURANCE SERVICES, INC., a      |                            |
12 | California corporation,          | DEFENDANT INTERNATIONAL    |
   |                                  | INSURANCE GROUP, INC.'S    |
13 |           Plaintiff,             | CORPORATE DISCLOSURE       |
   |                                  | STATEMENT AND CERTIFICATION|
14 | vs.                              | OF INTERESTED ENTITIES OR  |
   |                                  | PERSONS                    |
15 | INTERNATIONAL INSURANCE          |                            |
   | GROUP, INC., an Arizona          |                            |
16 | Corporation, DBA MEXICO & RV     |                            |
   | INSURANCE SERVICES,              |                            |
17 |                                  |                            |
   |           Defendant.             |                            |
18

19        Pursuant to Federal Rule of Civil Procedure 7.1, defendant International Insurance

20 Group, Inc., by its counsel, hereby states that is has no parent corporation and that there is

21 no publicly held corporation holding 10% or more of International Insurance Group, Inc.'s

22 stock.

23 ///

24

25 ///

26

27 ///

28

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date,
2  other than the named parties, there is no such interest to report.

3  Dated: April 21, 2008

SNELL & WILMER L.L.P.

By: _____
Sean M. Sherlock (#161627)
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Attorneys for International Insurance Group, Inc.

8738416

# CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, I electronically filed the foregoing DEFENDANT INTERNATIONAL INSURANCE GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Robert E. Krebs
rkrebs@thelenreid.com
John P. Schaub
jschaub@thelen.com
Keith L. Slenkovich
kslenkovich@thelen.com
Thelen Reid Brown Raysman & Steiner LLP
225 West Santa Clara Street
Suite 1200
San Jose, CA  95113-1723

Attorneys for Defendants/Counterclaimants

and

**COPY** of the foregoing mailed this
21st day of April, 2008, to the following:

Ronald F. Lopez
Thelen Reid Brown Raysman & Steiner LLP
101 South Second Street
Suite 1800
San Francisco, CA  94105-3606

Attorneys for Defendants/Counterclaimants

s/ *Wendy J. Merkle*