UNITED STATES DISTRICT COURT

Northern District of California

ADVENTURE MEXICAN INSURANCE SERVICES, INC.,

Plaintiff(s),

v.

INTERNATIONAL INSURANCE GROUP, INC. DBA MEXICO & RV INSURANCE SERVICES,

Defendant(s).

CASE NO. C08 00840EMC

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Albert L. Underhill , an active member in good standing of the bar of

Minnesota whose business address and telephone number

(particular court to which applicant is admitted)

is

202 US Courthouse, 300 S. 4th Street, Minneapolis, MN  55415
612-664-5000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing International Insurance Group, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 23, 2008



IT IS SO ORDERED
Judge Edward M. Chen