# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Adventure Mexican Insurance Services Inc, <br><br>         Plaintiff(s), <br><br>  v. <br><br> International Insurance Group Inc, <br><br>         Defendant(s). | 08-00840 CW MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Karen Boyd**
> Axiom
> 405 Howard St., Suite 650
> San Francisco, CA 94105
> 415-343-3606
> kboyd@axiomlaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: May 6, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

*/s/ Claudia M. Forehand/*

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-00840 CW MED                             - 2 -