| Clerk's Use Only |
| --- |
| Initial for fee pd.: |



James Marcus Hennessee
Snell & Wilmer LLP
400 E. Van Buren Street
Phoenix, AZ 85004-2202
602-382-6000



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ADVENTURE MEXICAN INSURANCE SERVICES, INC.,

                Plaintiff(s),

v.

INTERNATIONAL INSURANCE GROUP, INC. DBA MEXICO & RV INSURANCE SERVICES,

                Defendant(s).

CASE NO. C08 00840EMC

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, James Marcus Hennessee, an active member in good standing of the bar of Arizona, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing International Insurance Group, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Sean Sherlock, Snell & Wilmer LLP, 600 Anton Blvd., Suite 1400, Costa Mesa, CA 92626 (714) 427-7000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12 May 2008

