1  Albert L. Underhill (Minnesota #111740,
       appearing Pro Hac)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren
   Phoenix, AZ  85004-2202
4  Telephone: (602) 382-6000
   Fax:  (602) 382-6070
5  aunderhill@swlaw.com

6  Sean M. Sherlock (161627)
   SNELL & WILMER L.L.P.
7  600  ANTON Boulevard, Suite 1400
   Costa Mesa, California  92626-7689
8  Telephone: (714) 427-7000
   Fax:  (714) 427-7799
9  ssherlock@swlaw.com

10 Attorneys for Defendant International Insurance Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVENTURE MEXICAN INSURANCE SERVICES, INC.,<br><br>　　　　Plaintiff,<br>v.<br>INTERNATIONAL INSURANCE GROUP, INC.,<br><br>　　　　Defendant. | No. 4:08-cv-840 CW<br><br>**NOTICE OF SERVICE OF DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES** |
| INTERNATIONAL INSURANCE GROUP, INC.,<br><br>　　　　Counterclaimant,<br>v.<br>ADVENTURE MEXICAN INSURANCE SERVICES, INC.,<br><br>　　　　Counterdefendant. | |

Defendant International Insurance Group, Inc., hereby gives notice that its Rule 26(a)(1) Initial Disclosure Statement has been served.

1  DATED this 10th day of June, 2008.

2                      INTERNATIONAL INSURANCE GROUP, INC.

4          By /s/ Albert L. Underhill
            Albert L. Underhill
5              SNELL & WILMER L.L.P.
            One Arizona Center
6              400 E. Van Buren
            Phoenix, AZ 85004-2202
7              Attorneys for Defendant International Insurance Group, Inc.

*Snell & Wilmer*
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

# CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I electronically filed the foregoing NOTICE OF SERVICE OF DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert Edward Krebs
rkrebs@thelenreid.com
John Patrick Schaub
jschaub@thelen.com
Keith Leonard Slenkovich
kslenkovich@thelen.com
Thelen Reid Brown Raysman & Steiner LLP
225 West Santa Clara Street
Suite 1200
San Jose, CA 95113-1723

and

**COPY** of the forgoing mailed this
10th day of June, 2008 to the following:

Ronald F Lopez
Thelan Reid Brown Raysman & Steiner LLP
101 South Second Street
Suite 1800
San Francisco, CA 94105-3606
415-371-1200
Fax: 415-371-1211


/s/ Albert L. Underhill

8826576