# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Adventure Mexican Insurance Services Inc, <br><br>       Plaintiff(s),<br><br>    v.<br><br>International Insurance Group Inc,<br><br>       Defendant(s). | No. C 08-00840 CW MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __6/4/08__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☒ phone discussions expected by (date) __to be determined__

    ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☐ YES   ☒ NO

Dated: __6/12/08__                 _/s/ Karen Boyd_
                                   Mediator, Karen Boyd
                                   Axiom
                                   405 Howard St., Suite 650
                                   San Francisco, CA 94105