RECEIVED

MAY 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

JUL - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
Northern District of California

ADVENTURE MEXICAN INSURANCE
SERVICES, INC.,

CASE NO. C08 00840 ~~EMC~~ CW

Plaintiff(s),

v.

INTERNATIONAL INSURANCE
GROUP, INC. DBA MEXICO & RV
INSURANCE SERVICES,

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

James Marcus Hennessee, an active member in good standing of the bar of Arizona whose business address and telephone number ~~(particular court to which applicant is admitted)~~

is

~~Sandra Day O'Connor U.S. Courthouse~~
~~401 W. Washington Street, Suite 130, SPC 1~~
Phoenix, AZ ~~85003-2118, 602-322-7200~~

400 E. Van Buren St

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing International Insurance Group, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL - 1 2008

_____
United States District Judge

UNITED STATES DISTRICT COURT
For the Northern District of California