| | |
|---|---|
| 1 | ROBERT E. KREBS, CA BAR NO. 57526, rkrebs@thelen.com |
| | KEITH L. SLENKOVICH, CA BAR NO. 129793, kslenkovich@thelen.com |
| 2 | JOHN P. SCHAUB, CA BAR NO. 196775, jschaub@thelen.com |
| | THELEN REID BROWN RAYSMAN & STEINER LLP |
| 3 | 225 West Santa Clara Street, Suite 1200 |
| | San Jose, CA 95113-1723 |
| 4 | Tel. 408.292.5800 |
| | Fax 408.287.8040 |

*Attorneys for Plaintiffs*
*Adventure Mexican Insurance Services, Inc.*

SEAN M. SHERLOCK, CA BAR NO. 161627, ssherlock@swlaw.com
ALBERT L. UNDERHILL, MN BAR NO. 111740, aunderhill@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Tel. 714.427.7000
Fax 714.427.7799

*Attorneys for Defendant*
*International Insurance Group, Inc.*
*dba Mexico & RV Insurance Services*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVENTURE MEXICAN INSURANCE SERVICES, INC., a California corporation, | Case No.: C08-00840CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| INTERNATIONAL INSURANCE GROUP, INC., an Arizona corporation, DBA MEXICO & RV INSURANCE SERVICES | |
| Defendant. | |
| *AND RELATED CROSS ACTION.* | |

SV #366142 v1

**STIPULATION AND [PROPOSED] ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between plaintiff/counter-defendant Adventure Mexican Insurance Services, Inc. and defendant/counter-plaintiff International Insurance Group, Inc. DBA Mexico & RV Insurance Services, through their respective counsel of record, that the above-entitled action shall be dismissed with prejudice in its entirety, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear her or its own attorney fees and costs.

Respectfully submitted,

Dated: July 29, 2008     THELEN REID BROWN RAYSMAN & STEINER

By: \_\_\_\_\_/s/_____
ROBERT E. KREBS
KEITH L. SLENKOVICH
RONALD F. LOPEZ
JOHN P. SCHAUB

*Attorneys for plaintiff/counter-defendant Adventure Mexican Insurance Services Incorporated*

Dated: July 29, 2008     SNELL & WILMER L.L.P.

By: \_\_\_\_\_/s/_____
SEAN M. SHERLOCK
ALBERT L. UNDERHILL

*Attorneys for defendant/counter-plaintiff International Insurance Group, Inc. dba Mexico & RV Insurance Services*

## ORDER

Based upon the above Stipulation, it is hereby ordered that this action be dismissed with prejudice in its entirety, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear her or its own attorney fees and costs.

**IT IS SO ORDERED.**

Dated: _____, 2008     _____
HON. CLAUDIA WILKIN
United States District Judge