1  ROBERT E. KREBS, CA BAR NO. 57526, rkrebs@thelen.com
   KEITH L. SLENKOVICH, CA BAR NO. 129793, kslenkovich@thelen.com
2  JOHN P. SCHAUB, CA BAR NO. 196775, jschaub@thelen.com
   THELEN REID BROWN RAYSMAN & STEINER LLP
3  225 West Santa Clara Street, Suite 1200
   San Jose, CA 95113-1723
4  Tel. 408.292.5800
   Fax 408.287.8040
5
   *Attorneys for Plaintiffs*
6  *Adventure Mexican Insurance Services, Inc.*

7  SEAN M. SHERLOCK, CA BAR NO. 161627, ssherlock@swlaw.com
   ALBERT L. UNDERHILL, MN BAR NO. 111740, aunderhill@swlaw.com
8  SNELL & WILMER L.L.P.
   600 Anton Blvd., Suite 1400
9  Costa Mesa, CA 92626
   Tel. 714.427.7000
10 Fax 714.427.7799

11 *Attorneys for Defendant*
   *International Insurance Group, Inc.*
12 *dba Mexico & RV Insurance Services*

13
                    UNITED STATES DISTRICT COURT
14
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 | ADVENTURE MEXICAN INSURANCE | Case No.: C08-00840CW |
   | SERVICES, INC., a California corporation, | |
17 | | |
18 | Plaintiff, | **STIPULATION AND ORDER** |
   | | **DISMISSING THE ENTIRE ACTION** |
19 | vs. | **WITH PREJUDICE** |
20 | INTERNATIONAL INSURANCE GROUP, | |
   | INC., an Arizona corporation, DBA MEXICO | |
21 | & RV INSURANCE SERVICES | |
22 | Defendant. | |
23 | | |
   | *AND RELATED CROSS ACTION.* | |
24

25

26

27

28

SV #366142 v1

**STIPULATION AND [PROPOSED] ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**

1  IT IS HEREBY STIPULATED by and between plaintiff/counter-defendant Adventure Mexican Insurance Services, Inc. and defendant/counter-plaintiff International Insurance Group, Inc. DBA Mexico & RV Insurance Services, through their respective counsel of record, that the above-entitled action shall be dismissed with prejudice in its entirety, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear her or its own attorney fees and costs.

Respectfully submitted,

Dated: July 29, 2008                                  THELEN REID BROWN RAYSMAN & STEINER


By:     /s/
   ROBERT E. KREBS
   KEITH L. SLENKOVICH
   RONALD F. LOPEZ
   JOHN P. SCHAUB

   *Attorneys for plaintiff/counter-defendant Adventure Mexican Insurance Services Incorporated*

Dated: July 29, 2008                                  SNELL & WILMER L.L.P.


By:     /s/
   SEAN M. SHERLOCK
   ALBERT L. UNDERHILL

   *Attorneys for defendant/counter-plaintiff International Insurance Group, Inc. dba Mexico & RV Insurance Services*

## ORDER

Based upon the above Stipulation, it is hereby ordered that this action be dismissed with prejudice in its entirety, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear her or its own attorney fees and costs.

**IT IS SO ORDERED.**

   8/5

Dated: _____, 2008            _____
                                                                          HON. CLAUDIA WILKEN
                                                                          United States District Judge