AO 120 (Rev. 2/99)

| TO: | Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of California__ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>CV 08-00840 CW | DATE FILED<br>2/6/08 | U.S. DISTRICT COURT<br>Northern District of California, 1301 Clay St., #400-S, Oakland, CA 94612 |
|---|---|---|
| PLAINTIFF<br>Adventure Mexican Insurance Services Inc | | DEFENDANT<br>International Insurance Group Inc |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY     ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See attached "Stipulation and Order Dismissing the entire action with prejudice" e-filed 8/5/08 |

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Clara Pierce | DATE<br>August 6, 2008 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner**     **Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner**     **Copy 4—Case file copy**